## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| ILDEFONSO SANCHEZ, MARIA SANCHEZ, MARICELLI ORTIZ, LYNN ORTIZ, LUZ TORRES, EYOANY ROSAS, MARITSA SANCHEZ, | : No. 665 MAL 2019<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| Petitioners | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ARMSTRONG WORLD INDUSTRIES, INC., BRENNTAG NORTHEAST, INC., BARLEY SNYDER, AND ALAN J. HAY, M.D., | :<br>:<br>: |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.